**James Studensky v. Medtronic USA, Inc.**

_____ Adv Proc No: **20-6049**
Plaintiff v Defendant

# CERTIFICATE OF SERVICE

I, __Jennifer F. Wertz__, certify that service of this summons and a copy of the complaint was made __August 7, 2020__ by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| Medtronic | Medtronic | Medtronic |
|---|---|---|
| CSC-Lawyers INCO | 710 Medtronic Parkway | P.O. Box 848086 |
| 211 E 7th Street, Suite 620 | Minneapolis, MN 55432 | Dallas, TX 75284 |
| Austin, TX 78701 | | |

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __08/07/2020__    Signature __/s/ Jennifer F. Wertz__

Print Name: __Jennifer F. Wertz__

Business Address: Jackson Walker LLP
100 Congress Avenue, Suite 1100
Austin, TX 78701