IN THE UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| LITTLE RIVER HEALTHCARE HOLDINGS, LLC, ET AL.,[1] | § § § | CASE NO. 18-60526-RBK |
| | § § | CHAPTER 7 |
| Debtors. | § | |
| JAMES STUDENSKY, CHAPTER 7 TRUSTEE, | § § § | |
| Plaintiff, | § § | |
| V. | § § | ADV. PRO. NO. 20-06049 |
| | § § | |
| MEDTRONIC USA, INC. | § § | |
| Defendant. | § | |

**STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER COMPLAINT**

James Studensky, the duly appointed Chapter 7 Trustee (the "Trustee") for Little River Healthcare Holdings, LLC, et al. (the "Debtors"), and Medtronic USA, Inc. (the "Defendant," and together with the Trustee, the "Parties"), through their respective counsel, enter into this *Stipulation* ("Stipulation") *Extending Time for Defendant to Respond* to the *Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502* ("Complaint") and here by stipulate and agree as follows:

1. The Parties agree and stipulate that the time within which the Defendant may answer or respond to the Complaint is hereby further extended to and including December 1, 2020.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Compass Pointe Holdings, LLC (1142), Little River Healthcare Holdings, LLC (7956), Timberlands Healthcare, LLC (1890), King's Daughters Pharmacy, LLC (7097), Rockdale Blackhawk, LLC (0791), Little River Healthcare - Physicians of King's Daughters, LLC (5264), Cantera Way Ventures, LLC (7815), and Little River Healthcare Management, LLC (6688)

Dated: October 15, 2020

| | |
|---|---|
| **JACKSON WALKER LLP** | **TRAURIG LAW LLC** |
| 100 Congress Avenue, Suite 1100 | One University Plaza, Ste. 124 |
| Austin, TX 78701 | Hackensack, NJ 07601 |
| (512) 236-2000 – Telephone | (646) 974-8650 – Telephone |
| (512) 236-2002 – Facsimile | |

*/s/ Vienna F. Anaya*      */s/ Jeffrey Traurig*

Jennifer F. Wertz      Jeffrey Traurig
State Bar No. 24072822      NJ State Bar No. 048051996
(512) 236-2247 – direct dial      (646) 974-8650 – Telephone
(512) 391-2147 – direct fax      Email: jtraurig@trauriglaw.com
Email: jwertz@jw.com

                                         **COUNSEL FOR THE DEFENDANT**

Vienna F. Anaya
State Bar No. 24091225
2323 Ross Avenue, Suite 600
Dallas, TX 75201
(214) 953-6047 – direct dial
(214) 661-6647 – direct fax
Email: vanaya@jw.com

**COUNSEL FOR JAMES STUDENSKY, CHAPTER 7 TRUSTEE**