IN THE UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LITTLE RIVER HEALTHCARE | § | CASE NO. 18-60526-RBK |
| HOLDINGS, LLC, ET AL.,[1] | § | |
| | § | CHAPTER 7 |
| Debtors. | § | |
| JAMES STUDENSKY, CHAPTER 7 | § | |
| TRUSTEE, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | ADV. PRO. NO. 20-06049 |
| | § | |
| | § | |
| MEDTRONIC USA, INC. | § | |
| Defendant. | § | |

## STIPULATION FURTHER EXTENDING TIME FOR DEFENDANT TO ANSWER COMPLAINT

James Studensky, the duly appointed Chapter 7 Trustee (the "Trustee") for Little River Healthcare Holdings, LLC, et al. (the "Debtors"), and Medtronic USA, Inc. (the "Defendant," and together with the Trustee, the "Parties"), through their respective counsel, enter into this *Stipulation* ("Stipulation") *Extending Time for Defendant to Respond* to the *Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502* ("Complaint") and here by stipulate and agree as follows:

1. The Parties agree and stipulate that the time within which the Defendant may answer or respond to the Complaint is hereby further extended to and including January 20, 2021.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Compass Pointe Holdings, LLC (1142), Little River Healthcare Holdings, LLC (7956), Timberlands Healthcare, LLC (1890), King's Daughters Pharmacy, LLC (7097), Rockdale Blackhawk, LLC (0791), Little River Healthcare - Physicians of King's Daughters, LLC (5264), Cantera Way Ventures, LLC (7815), and Little River Healthcare Management, LLC (6688)

Dated: November 23, 2020

| | |
|---|---|
| **JACKSON WALKER LLP** | **TRAURIG LAW LLC** |
| 100 Congress Avenue, Suite 1100 | One University Plaza, Ste. 124 |
| Austin, TX 78701 | Hackensack, NJ 07601 |
| (512) 236-2000 – Telephone | (646) 974-8650 – Telephone |
| (512) 236-2002 – Facsimile | |
| | |
| */s/ Vienna F. Anaya* | */s/ Jeffrey Traurig* |
| Jennifer F. Wertz | Jeffrey Traurig |
| State Bar No. 24072822 | NJ State Bar No. 048051996 |
| (512) 236-2247 – direct dial | (646) 974-8650 – Telephone |
| (512) 391-2147 – direct fax | Email: jtraurig@trauriglaw.com |
| Email: jwertz@jw.com | |
| | **COUNSEL FOR THE DEFENDANT** |
| Vienna F. Anaya | |
| State Bar No. 24091225 | |
| 2323 Ross Avenue, Suite 600 | |
| Dallas, TX 75201 | |
| (214) 953-6047 – direct dial | |
| (214) 661-6647 – direct fax | |
| Email: vanaya@jw.com | |
| | |
| **COUNSEL FOR JAMES STUDENSKY, CHAPTER 7 TRUSTEE** | |