IN THE UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LITTLE RIVER HEALTHCARE | § | CASE NO. 18-60526-RBK |
| HOLDINGS, LLC, ET AL.,[2] | § | |
| | § | CHAPTER 7 |
| Debtors. | § | |
| JAMES STUDENSKY, CHAPTER 7 | § | |
| TRUSTEE, | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | ADV. PRO. NO. 20-06049 |
| | § | |
| | § | |
| MEDTRONIC USA, INC. | § | |
| | § | |
| | § | |
| | § | |
|     Defendant. | § | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41(a), James Studensky, Chapter 7

Trustee in the above-captioned chapter 7 cases (the "Plaintiff"), and Medtronic USA, Inc.,

("Defendant," and together with the Plaintiff, the "Parties"), hereby stipulate that the above-

captioned adversary proceeding is dismissed with prejudice to refiling same, based upon the terms

of that certain Settlement Agreement and Mutual Release executed by the Parties and effective as

of January 8, 2021. Each Party shall bear its own costs and expenses.

---

[2] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Compass Pointe Holdings, LLC (1142), Little River Healthcare Holdings, LLC (7956), Timberlands Healthcare, LLC (1890), King's Daughters Pharmacy, LLC (7097), Rockdale Blackhawk, LLC (0791), Little River Healthcare - Physicians of King's Daughters, LLC (5264), Cantera Way Ventures, LLC (7815), and Little River Healthcare Management, LLC (6688)

Dated: March 22, 2021

**JACKSON WALKER LLP**
100 Congress Avenue, Suite 1100
Austin, TX 78701
(512) 236-2000 – Telephone
(512) 236-2002 – Facsimile

/s/ *Vienna F. Anaya*
Jennifer F. Wertz
State Bar No. 24072822
(512) 236-2247 – direct dial
(512) 391-2147 – direct fax
Email: jwertz@jw.com

Vienna F. Anaya
State Bar No. 24091225
2323 Ross Avenue, Suite 600
Dallas, TX 75201
(214) 953-6047 – direct dial
(214) 661-6647 – direct fax
Email: vanaya@jw.com

**COUNSEL FOR JAMES STUDENSKY,
CHAPTER 7 TRUSTEE**

Dated: January 12, 2021

**MEDTRONIC USA, INC.**

By: _Bob Zbylicki_

Title: Senior Credit Manager

Name: Bob Zbylicki

Address: 800 53rd Avenue NE, Mailstop SLK2
Columbia Heights, MN 55421

Phone: 651-402-1682

Email: bob.zbylicki@medtronic.com